UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SUPPRESSED
FILED

MAY -2 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:19CR345 RLW/JMB |
| WILLIAM MAYS, | ) |
| Defendant. | ) |

### INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about March 3, 2019, in St. Louis County, Missouri, within the Eastern District of Missouri, the defendant,

**WILLIAM MAYS,**

having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess a firearm, which had travelled in interstate or foreign commerce either before or during the defendant's possession of same.

In violation of Title 18, United States Code, Section 922(g) and punishable under Title 18, United States Code, Section 924(a)(2).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
EDWARD L. DOWD III #61909MO
Assistant United States Attorney